# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | CA No. 18-30093 |
| | ) | |
| v. | ) | |
| | ) | |
| CYRUS ANDREW SULLIVAN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## DEFENDANT'S AMENDED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND EXCERPTS OF RECORD

Defendant-appellant Cyrus Sullivan, through counsel, moves the Court for a an extension of time in which to file Appellant's brief and excerpts of record. This motion is unopposed.

As set forth in the accompanying declaration of counsel, the defense is preparing for trial, scheduled to begin on September 6, 2018, in district court case 3:17-cr-00306-JGZ, which is the originating case for appellant's appeal. If appellant is acquitted at trial, his pending appeal, challenging the order regarding his conditions of confinement, would be moot.

1

The requested extension of time would permit counsel to focus on the considerable work of preparing for the upcoming eight-day trial and then resolve any remaining issues to be decided by this Court efficiently and globally.

Counsel for the Government, AUSA Kelly Zusman has been consulted and does not oppose this request.

DATED this 22nd day of August, 2018.

Respectfully submitted,

/S/      Tiffany Harris
Tiffany A. Harris
Attorney for Defendant Cyrus Sullivan

2