**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff-Appellee,** | ) | **CA No. 18-30093** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CYRUS ANDREW SULLIVAN,** | ) | |
| | ) | |
| **Defendant-Appellant.** | ) | |

---

**DEFENDANT'S MOTION TO DISMISS APPEAL AS MOOT**

---

Defendant-appellant Cyrus Sullivan, through counsel, moves the Court to dismiss the pending appeal as moot based on the facts set forth below and contained in the accompanying declaration of counsel. Defendant-appellant has been notified by counsel of the pending motion and consents to a dismissal of his appeal as moot. Defendant-appellant's counsel has conferred with counsel for the Government, AUSA Kelly Zusman, who has no objection and agrees the pending appeal is now moot.

On April 16, 2018, the district court entered an order entitled, "Order regarding pretrial custody conditions as to Cyrus Andrew Sullivan." (See district court case no. 3:17-cr-00306, docket no. 58.) The district court's April 16, 2018 order was the subject of defendant-appellant's appeal, pending before this Court. On November 28, 2018,

defendant-appellant was sentenced in accordance with a plea agreement. He received a sentence of time served and was released from pretrial custody. A judgment of conviction was entered on November 28, 2018, setting forth conditions of supervised release. (See docket no. 130.) None of the current conditions of supervised release are challenged in the pending appeal.

Therefore, defendant-appellant asks the Court to dismiss the pending appeal as moot.

DATED this 28th day of December, 2018.

Respectfully submitted,

/S/    Tiffany Harris

Tiffany A. Harris
Attorney for Defendant-appellant Cyrus Sullivan

2